## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICHOLAS SZYMANSKI<br>AND<br>GLENDA SZYMANSKI,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTOMOBILE CLUB FAMILY<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 08-CV-2062 KHV/DJW<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

On the 11th day of September, 2008, the parties herein filed a "Stipulation for Dismissal with Prejudice" which, caption and signatures omitted, reads as follows:

> COME NOW plaintiffs and defendant, by and through their respective attorneys, and pursuant to Rule 41, Fed.R.Civ.P., hereby mutually stipulate and agree that plaintiffs' action herein has been fully settled and compromised and that the same shall be dismissed with prejudice to plaintiffs' further action thereon, with each party to bear its separate costs.

THEREFORE, for good cause appearing, it is hereby

ORDERED AND ADJUDGED that the above-entitled cause be, and is hereby, dismissed with prejudice with each party to bear its separate costs.

s/ Kathryn H. Vratil<br>
Kathryn H. Vratil<br>
United States District Judge

DATED:

September 11, 2008